## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TRANQUILINO VALENCIA,**

    **Plaintiff,**

v.                                                                                              No. 14-cv-0749 MCA/SMV

**LORENZO SILVA, FNU ZALMORA,**
**JOHN DOES I–II, JANE DOE, and**
**TAOS COUNTY ADULT DETENTION CENTER,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint.  The Court determines that Plaintiff's filing is deficient as described in this order.  Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee:**

    ____ filing fee has not been received ($400 civil/administrative)

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)     ____ is not filed
(2)     ____ is missing affidavit
(3)     _X_ is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)     ____ is missing required financial information
(5)     ____ is missing an original signature by the prisoner
(6)     ____ is not on proper form (must use current form)
(7)     ____ names in caption do not match names in caption of complaint, petition or habeas application
(8)     ____ other _____

**III. Complaint, Petition or Application:**

(1) \_\_\_\_ is missing
(2) \_\_\_\_ is not on proper form (must use our form Rev. 5/96)
(3) \_\_\_\_ is missing an original signature by the prisoner
(4) \_\_\_\_ is missing page nos. \_\_\_\_
(5) \_\_\_\_ other _____

Papers filed in response to this order must include the civil action number (14-cv-0749 MCA/SMV) of this case. Failure to cure the designated deficiencies **within 30 days** from entry of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above **within 30 days** from the date of this order;

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**